United States District Court

Eastern District of California

Royce A. Pearson,

     Plaintiff,                    Civ. No. S-05-0873 DFL PAN P

  vs.                             Order

DVI Medical Dept., et al.,

     Defendants.

-oOo-

    Plaintiff, a prisoner without counsel, seeks to commence a civil rights action.

    To commence a civil action a plaintiff must pay the $250.00 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

    Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.

1 | Within 30 days from the day this order is signed plaintiff
2 | may submit either the filing fee or the application required by
3 | § 1915(a).  The clerk of the court is directed to mail to
4 | plaintiff a form application for leave to proceed in forma
5 | pauperis.  Failure to comply with this order will result in this
6 | file being closed.
7 | So ordered.
8 | Dated:  May 10, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge