United States District Court

Eastern District of California

Royce A. Pearson,

    Plaintiff,                    No. Civ. S 05-0873 DFL PAN P

  vs.                          Order

DVI Medical Department, et al.,

    Defendant[s].

-oOo-

    Plaintiff, a prisoner without counsel, seeks to commence a civil rights action.  May 11, 2005, the court informed plaintiff this case would be closed unless, within 30 days, he submitted either the filing fee or an application to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff did not respond.  Accordingly, this file is closed.

    So ordered.

    Dated:  June 29, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge